Slip Op. 08 - 131

J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

```
- - - - - - - - - - - - - - - - - - - - x
TA CHEN STAINLESS STEEL PIPE CO., LTD.,  :

                    Plaintiff,           :

              v.                         :

UNITED STATES,                           : Consolidated
                                           Court No. 05-00094
                    Defendant,           :

              -and-                      :

ALLOY PIPING PRODUCTS, INC. et al.,      :

               Intervenor-Defendants.    :
- - - - - - - - - - - - - - - - - - - - x
```

This matter having consolidated complaints filed on behalf of the plaintiff foreign manufacturer and exporter and of the intervenor-defendant members of the domestic U.S. industry, each contesting aspects of <u>Certain Stainless Steel Butt-Weld Pipe Fittings From Taiwan: Final Results and Final Rescission in Part of Antidumping Duty Administrative Review</u> published by the International Trade Administration, U.S. Department of Commerce ("ITA") at 70 Fed.Reg. 1,870 (Jan. 11, 2005); and each side having interposed a motion for judgment on the agency record developed in connection therewith; and the court in slip opinion 07-87, 31 CIT ____ (May 30, 2007), having denied plaintiff's motion and having

Court No. 05-00094                                                    Page 2

granted intervenor-defendants' motion to the extent of remand to the ITA to complete its analysis of some 18 named entities alleged to be affiliated with the plaintiff within the meaning of 19 U.S.C. §1677(33)(A)-(E); and the defendant having filed its <u>Final Results of Redetermination Pursuant to Court Remand</u> (Oct. 1, 2007), which set forth in detail the analysis ordered that concludes that one of the named entities is affiliated with the plaintiff pursuant to section 1677(33)(E) but that none of the others is so affiliated within the meaning of the statute and also that the antidumping-duty margin for the plaintiff remains unchanged; and the parties having been afforded the opportunity to comment on those <u>Final Results</u> both prior to publication by the ITA and now before the court, which, after review thereof and due deliberation, has come to

ORDER, ADJUDGE and DECREE that defendant's <u>Final Results of Redetermination Pursuant to Court Remand</u> (Oct. 1, 2007) be, and they hereby are, affirmed; and it is further

ORDERED, ADJUDGED and DECREED that plaintiff's complaint be, and it hereby is, dismissed; and it is further

ORDERED, ADJUDGED and DECREED that intervenor-defendants' complaint, save the limited relief granted in the court's slip

Court No. 05-00094 Page 3

opinion 07-07, 31 CIT ___ (May 30, 2007), be, and it hereby is, dismissed.

Dated:  New York, New York
        December 1, 2008

                                                        /s/ Thomas J. Aquilino, Jr.
                                                                     Senior Judge

## NOTICE OF ENTRY AND SERVICE

  This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

  Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

  Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

                   Tina Potuto Kimble
                   Clerk of the Court

Date: _____   By: _____
                            Deputy Clerk